# Exhibit A

# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

**Matt Rhoades, Trustee and Indiana State Council of Plasterers and Cement Masons Health and Welfare and Pension Funds**
　　　　　Plaintiff(s),

vs.

**Skyline Plastering Inc. An Illinois Foreign Corporation**
　　　　　Defendant(s),

Case No.: **1:26-cv-519-MPB-MJD**

**AFFIDAVIT OF SERVICE**

I, **Nancy Porter**, declare and state as follows:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. The following are the results of my efforts to serve process in the above captioned case.

Type of Process: **Summons in a Civil Action and Complaint**

Defendant to be served: **Skyline Plastering Inc. c/o Peter Klyachenko, Registered Agent**

Address where served: **3740 Stern Avenue, Saint Charles, IL 60174**

On **April 09, 2026** at **10:20 AM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Rudy Engel**, (Title) **Authorized Agent**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **Gray** - Approx. Age: **42** - Height: **5ft 10in** - Weight: **165**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

X _Nancy A. Porter_
**Nancy Porter**

Date Signed: 04/09/2026

Job: 697000
File: